William F. Purdy, of New York City, for U. S. Lighterage Corp., claimant of U. S. L. No. 1.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Moran Towing & Transportation Co., claimant respondent appellant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees affirmed.

1

BANK OF CZECHO-SLOVAK LEGIONS, Libelant Appellant, v. CIE HAVRAISE PENINSULAIRE, Respondent Appellee, and Algerian American Line, Inc., Respondent.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

No. 265.

Appeal from the District Court of the United States for the Southern District of New York.

Loomis & Ruebush, of New York City (Homer L. Loomis and Melvin R. Lane, both of New York City, of counsel), for appellant.

Joseph P. Nolan, of New York City (Roscoe H. Hupper and William J. Dean, both of New York City, of counsel), for respondent Compagnie Havraise Peninsulaire.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

2

Leo S. BING, Plaintiff in Error, v. Frank K. BOWERS, Collector of United States Internal Revenue, Defendant in Error.

Leo S. BING, Plaintiff in Error, v. Charles W. ANDERSON, Collector of United States Internal Revenue, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

Nos. 322, 323.

In Error to the District Court of the United States for the Southern District of New York.

M. S. & I. S. Isaacs, of New York City (John W. Davis, Lewis M. Isaacs, and Blount Ralls, all of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), for defendants in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgments affirmed, upon the opinion of Mack, J., below. 22 F.(2d) 450.

3

Phœnix Transit Company, Libelant Appellant, v. Steam Lighter C. BLAINE WARNER, Her Engines, etc.; Warner Sugar Refining Company, Claimant Appellee.

Circuit Court of Appeals, Second Circuit.
June 18, 1928.

No. 315.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch, of New York City (Samuel Park and Anthony V. Lynch, Jr., both of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

4

Charles A. DEAN, Plaintiff in Error, v. EQUITABLE OFFICE BUILDING CORPORATION, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
May 21, 1928.

No. 293.

In Error to the District Court of the United States for the Southern District of New York.

Everett W. Bovard, of New York City, for plaintiff in error.

Ireland & Caverly, of New York City (F. A. W. Ireland, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.